JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEMPLE HOSPITAL CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AETNA LIFE INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | Case No. CV 14-4507-GW(PJWx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

　　Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety without fees or costs assessed to either party.

　　IT IS SO ORDERED.

Dated: January 20, 2015　　　　　BY THE COURT

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE GEORGE H. WU
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT